1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHAHRAM NASSI, SB# 239812
2     E-Mail: Shahram.Nassi@lewisbrisbois.com
   333 Bush Street, Suite 1100
3  San Francisco, California 94104
   Telephone: 415.362.2580
4  Facsimile:  415.362.2580

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SCOTT D. SHARP, SB# 334782
6     E-Mail: Scott.Sharp@lewisbrisbois.com
   633 West 5th Street, Suite 4000
7  Los Angeles, California 90071
   Telephone: 213.250.1800
8  Facsimile: 213.250.7900

9  Attorneys for Defendant, MASERATI NORTH
   AMERICA, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PATRICIA ANGUIANO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MASERATI NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>**DEFENDANT MASERATI NORTH AMERICA, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1331; CERTIFICATE OF INTERESTED PARTIES**<br><br>**[FEDERAL QUESTION]** |

**TO THE HONORABLE COURT, PLAINTIFFS HEREIN, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 13, 2022, Defendant MASERATI NORTH AMERICA, INC. ("Maserati"), by and through its counsel, hereby removes matter to this Court on the basis of Federal Question jurisdiction, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(b), and 28 U.S.C. § 1367(a).

/ / /

/ / /

## I.   NATURE OF THE REMOVED CASE

1. Plaintiff Patricia Anguiano ("Plaintiff") filed this action on or about March 8, 2022, entitled, *Patricia Anguiano v. Maserati North America, Inc., and Does 1 through 10, inclusive*, Kern County Superior Court, Case No. BCV-22-100547. A true and correct copy of the Summons and Complaint is attached as Exhibit A to the Declaration of Scott D. Sharp (Sharp Decl., ¶¶ 2–3).

2. Plaintiff asserts two (2) causes of action, including claims under the Magnuson-Moss Warranty Act and the Song-Beverly Consumer Warranty Act for breach of express and implied warranties. *See* Compl. (Sharp Decl., Exh A). Maserati denies these allegations.

3. Plaintiff seeks actual damages plus a civil penalty equaling twice the amount of actual damages pursuant to Cal. Civ. Code §§ 1793.2(d) and 1794(c) or (e). *See, e.g.*, Compl. (Sharp Decl., Exh A, ¶¶ 24 and Prayer.

4. On April 12, 2022, Maserati timely filed an Answer to Plaintiff's Complaint in the state action, a true and correct copy of which is attached as Exhibit B to the Declaration of Scott D. Sharp. Sharp Decl., ¶¶ 7-8.

## II.   MASERATI HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

5. Generally, a notice of removal shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading. See 28 U.S.C. § 1446(b).

6. Plaintiff served the initial pleading, and Maserati received it, on March 14, 2022. Sharp Decl., ¶ 6.

7. Maserati filed this Notice of Removal on April 12, 2022, within "30 days after receipt by the defendant … of a copy of the initial pleading." *See* 28 U.S.C. § 1446(b). This Notice of Removal is therefore timely filed.

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Maserati in the state action are contained in Exhibits A and B to the Sharp Decl.

9. This Court is the proper venue for removal under 28 U.S.C. § 1446(a) because it is "the district and division embracing the place where such action is pending," namely Kern County.

4874-8683-9323.1

2

DEFENDANT MASERATI NORTH AMERICA, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1331; CERTIFICATE OF INTERESTED PARTIES

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

10. Pursuant to 28 U.S.C. § 1446(d), written notice of this removal will be filed with the Clerk of the Superior Court of California, County of Kern, and Maserati will serve a copy of this Notice of Removal on all parties to the state action.

### III. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441.

11. This Court has subject matter jurisdiction of this action under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action containing a cause of action "arising under the Constitution, laws, or treaties of the United States."

12. Plaintiff alleges a cause of action under the federal Magnuson-Moss Warranty Act, pursuant to 15 U.S.C. § 2301, et seq.

13. Plaintiff alleges that Defendants violated the Magnuson-Moss Warranty Act when they "breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to replace or repurchase the vehicle." se *See* Compl., ¶ 30 (Sharp Decl., Exh A).

14. There are no other defendants (other than these defendants filing the instant Notice) that have been named or served in this action. Thus, there are no other defendants to join in this Notice of Removal.

15. Venue is proper in the Eastern District of California, Fresno Division pursuant to 28 U.S.C. §§ 1391(b) and (c), because Plaintiff is subject to personal jurisdiction in this judicial district and a substantial part of the events giving rise to this lawsuit occurred in the Eastern District of California.

### IV. THE COURT HAS JURISDICTION OVER THE STATE LAW CLAIMS

16. Plaintiff's other causes of action and basis for relief asserted in this action arise out of the same set of facts and are part of the same case and controversy involving the alleged breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to replace the vehicle. As such, this Court has supplemental jurisdiction of these causes of action within the meaning of 28 U.S.C. § 1367(a).

///



4874-8683-9323.1

3

DEFENDANT MASERATI NORTH AMERICA, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1331; CERTIFICATE OF INTERESTED PARTIES

**DEMAND FOR JURY TRIAL**

Defendant Maserati North America, Inc., demands a trial by jury on all issues that may be tried to a jury.

DATED: April 13, 2022                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Scott D. Sharp*
       Shahram Nassi
       Scott D. Sharp
       Attorneys for Defendant, MASERATI NORTH
       AMERICA, INC., a Delaware corporation

